371 A.2d 852
Commonwealth v. Coxson, Appellant.

Submitted April 12, 1976. Charles F. Gilchrest, for appellant; James P. Epstein, Assistant District Attorney, and Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea nunc pro tunc. See Commonwealth v. Roberts, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975) and Commonwealth v. Velasquez, 238 Pa.Superior Ct. 368, 357 A.2d 155 (1976).

VAN der VOORT, J., dissents.